

# NUMBER 13-12-00532-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

## IN THE INTEREST OF P.A.D.J. AND J.A.D, CHILDREN

On appeal from the 404th District Court
of Cameron County, Texas.

## MEMORANDUM OPINION

**Before Chief Justice Valdez and Justices Rodriguez and Longoria**
**Memorandum Opinion Per Curiam**

Appellant, Peter Anthony Davila, filed an appeal from a judgment entered by the 404th District Court at Law of Cameron County, Texas, in cause number 2007-12-6394-G.   On October 16, 2012, and November 19, 2012, the Clerk of this Court notified appellant that the clerk's record in the above cause was originally due on October 5, 2012, and that the deputy district clerk, Jesus Cantu, had notified this Court that appellant failed to make arrangements for payment of the clerk's record.   The Clerk of this Court notified appellant of this defect so that steps could be taken to correct the

defect, if it could be done.   *See* TEX. R. APP. P. 37.3, 42.3(b),(c).   Appellant was advised that, if the defect was not corrected within ten days from the date of receipt of this notice, the appeal would be dismissed for want of prosecution.   The notices were returned as unable to forward.

The district clerk notified this Court that the trial court denied appellant's affidavit of indigence on November 27, 2012, and additionally provided this Court with an updated address for appellant.   On December 4, 2012, the Clerk of this Court again notified appellant that the clerk's record had not been filed and that the district clerk, Jesus Cantu, had notified this Court that appellant failed to make arrangements for payment of the clerk's record.   Appellant was advised that, if the defect was not corrected within ten days from the date of receipt of this notice, the appeal would be dismissed for want of prosecution.   The notice was sent to appellant's address by certified mail return receipt requested and regular mail; however, the mail was returned as unclaimed and unable to forward.

Texas Rule of Appellate Procedure 9.1(b) requires unrepresented parties to sign any document filed and "give the party's mailing address, telephone number, and fax number, if any."   *See* TEX. R. APP. P. 9.1(b).   Appellant has neither provided this court with a forwarding address nor taken any other action to prosecute this appeal.

Appellant has failed to respond to this Court's notices.   Accordingly, the appeal is DISMISSED FOR WANT OF PROSECUTION.   *See* TEX. R. APP. P. 42.3(b), (c).

PER CURIAM

Delivered and filed the
7th day of February, 2013.